| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 91-CR-283-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 05-PT-330 (TFH) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Reginald Johnson | DISTRICT: Eastern District of Wisconsin | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Terence T. Evans | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/30/04 | TO 12/29/09 |

OFFENSE

1. 21 USC § 846 and 18 USC § 2: conspiracy to possess with intent to distribute in excess of five kilograms of cocaine.

17. 21 USC § 841(a)(1) and 18 USC § 2: conspiracy to possess with intent to distribute cocaine.

18. 18 USC § 924(c) and 2: using a firearm in relation to a drug trafficking crime.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  Eastern District of Wisconsin

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Columbia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/22/05
_Date_

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   District of Columbia

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 31, 2005
_Effective Date_

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a
true and correct copy of the original
remaining of record in my office
SOFRON B. NEDILSKY, Clerk

_United States District Judge_

DATED:
8/19/05
By



RECEIVED

AUG 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

91 CR 283

JOHNSON, REGINALD
a/k/a "Fats"

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21:841(a)(1) | Possession with intent to dist. cocaine, Sch. II | | |
| & 18:2 | ct. 1 | 1 | |
| 18:924(c)(1) & 2 | Did knowingly use or carry a firearm during a drug trafficking crime - Ct. 2 | 1 | |
| | SUPERSEDING INDICTMENT | | |
| 21:846 & 18:2 | Conspiracy & possess w/intent to dist. cocaine Sch. II - Ct. 1 | 1 | |
| 21:841(a)(1) & 18:2 | Possess w/intent to dist. cocaine- Sch. II - Ct. 17 | 1 | |
| 18:924(c) & 2 | Did use and carry a firearm during a drug trafficking crime - ct. 18 | 1 | |
| | SUPERSEDING COUNTS | | |

**II. KEY DATE**

KEY DATE: 10/30/91 — EARLIEST OF

KEY DATE: 11/25/91 — APPLICABLE

KEY DATE: 12/13/91

1st Trial Began: 7/10/92    SENTENCE DATE: 10/1/92

KEY DATE: 6/29/92 — APPLICABLE

**III. MAGISTRATE**

INITIAL APPEARANCE DATE ▶ 10/30/91
PRELIMINARY EXAMINATION Date Scheduled ▶ 11/6/91

Arrest Warrant Issued: 10/30/91    RLB/57bc

Date of Arrest: 10/30/91    OFFENSE: 18:2 & 924(c) ; 21:841(a)(1)

#2- Billy Ray Griffin

**ATTORNEYS**

U.S. Attorney or Asst

William Lipscomb

Defense 1 ☒

Brian W. Gleason
~~205 W. Highland Ave., #501~~ 230 W. Wells St. Suite 702
Milwaukee, WI 53203
(414) 277-5076

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a true and correct copy of the original now remaining of record in my office.

SOFRON B. NEDILSKY, Clerk

DATED: 8/19/05    By Kathleen A. Fish, Deputy

FINE AND RESTITUTION PAYMENTS

RECEIVED

AUG 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET** · U.S. vs

JOHNSON, REGINALD
a/k/a "PATS"

AO 256A ●

9100283 · 01

Yr. · Docket No. · Def.

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 3/12/92 | 23 | Notice sent for status conference April 13, 1992 at 8:30 a.m. | | | | |
| 3/23/92 | 24 | Deft's. response to the govt's. objections to magistrate Judge's recommendation and order on pretrial motions. | | | | |
| 3/31/92 | 25 | Govt's. ltr. re:supplemental authority on issue of search. | | | | |
| 4/13/92 | 26 | HEARING(TTE) Status Conf. JURY TRIAL 6/29/92 at 10:00 a.m. | | | | |
| 5/11/92 | 27 | ORDER(TTE) IT IS ORDERED that the trial of all deft. except Kenneth Cross (who has pled guilty) and Gary Ramsey (who has been severed out) will begin at 10:00 a.m. of June 29. Deft. Ramsey's trial date will be reset after the main trial is completed. IT IS FURTHER ORDERED that all other recommendation in the Feb. 26 filing are ACCEPTEd and hereby become the order of the court. | | | | |
| 5/19/92 | 28 | Govt's. motion to reopen detention hrg. | | | | |
| 5/19/92 | 29 | Affidavit of William J. Lipscomb. | | | | |
| 5/20/92 | 30 | Notice sent for pretrial conference June 17, 1992 at 1:00 p.m. ctr. 325. | | | | |
| 6/5/92 | 31 | HEARING(RLB) Bail Review. Defense addresses crt. Govt. concerned about risk of flight and third party custodian agreement. BOND CONTINUED AS SET $25,000.00 Property subject to govt. approval. COURT MODIFIES CONDITIONS. Third party custodian (Ct. would like 3rd party custodian to come before the court prior to release) 3rd party from Milwaukee area. Deft. to live w/3rd party custodian. Deft. to remain in the Eastern Dist of WI. Deft. to report weekly as directed by PTS. Deft. to submit to urinalysis as directed. | | | | |
| 6/17/92 | 32 | HEARING(TTE) pretrial. | | | | |
| 6/23/92 | 33 | ORDER(TTE) The five defts listed in the caption of this order are scheduled to go to trial beginning on 6/29/92 at 10:00 am. Ctrm 390. | | | | |
| 6/24/92 | 34 | HEARING(RLB) Bail review. Ct. gives history of case. Defense calls witness for 3rd party custodianship. Testimony given. Ct. finds witness responsible. Ct. will allow deft. to be released to custody of Mr. Bingham Griffin,5956 N. 65th St. w/conditions listed above. | | | | |
| 6/24/92 | 35 | Appearance bond $25,000.00 secured by property at 3141 Apple Rd. N.E. Washington, D.C. | | | | |
| 6/24/92 | 36 | ORDER(RLB) setting conditions of release. | | | | |
| 6/24/92 | 37 | Govt's. motion for emergency stay and review of magistrate's release order w/attached affidavit of William J. Lipscomb. | | | | |
| 6/24/92 | 38 | ORDER(RLB) A stay of the release order is issued review of bail on deft. set for 8:30 a.m. Friday, June 26,1992. | | | | |
| 6/25/92 | 39 | Govt's. pretrial memorandum and Rule 801(d)(2) (E) Offer of proof. W/attached exhibits. | | | | |
| 6/26/92 | 40 | Govt's. proposed voir dire questions. | | | | |
| 6/26/92 | 41 | Govt's. list of potential witnesses. | | | | |
| 6/29/92 | 42 | Govt's. proposed jury instructions. | | | | |
| 6/26/92 | 43 | HEARING(TTE) Further proceedings Appeal of Magistrate's Decision. Deft. is great risk of flight,just before trial Amount not enough to assure appearance. Magistrate's decision reversed. CT. ORDERS that deft. be held in custody pending trial. | | | | |
| 8/12/92 | 44 | ORDER(TTE) Defts motion for judgment of acquittal is DENIED Deft's. motion for a new trial pursuant to Rule 33 is DENIED. | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET                          JOHNSON,REGINALD                                9100283    01
      AO 256A                              a/k/a "Pats"

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 6-29-92 | 44 | HEARING (TTE) jury selection and 1st day of jury trial. | | | | |
| 6-30-92 | | Second day of jury trial. | | | | |
| 7-1-92 | | Third day of jury trial. | | | | |
| 7-2-92 | | Fourth day of jury trial. | | | | |
| 7-6-92 | | Fifth day of jury trial. | | | | |
| 7-7-92 | | Sixth day of jury trial | | | | |
| 7-8-92 | | Seventh day of jury trial. | | | | |
| 7-9-92 | | Ninth day of jury trial. | | | | |
| 7-10-92 | | Tenth day of jury trial. | | | | |
| | | Jury return verdict of **guilty** as to counts 1,17 & 18. Adjudged guilty. PSR ordered. Deft remanded to custody of marshals. Sentencing to be set. | | | | |
| 7-10-92 | 45 | Verdict of **guilty** as to counts one, 17 & 18. | | | | |
| 7-17-92 | 46 | Deft's motion for production of documents and an evidentiary hearing. | | | | |
| 7-17-92 | 47 | Deft's motion for judgment of acquittal. | | | | |
| 8/3/92 | 48 | Govt's. response to defts' post-verdict motions. | | | | |
| 8/3/92 | 49 | Affidavit of William Lipscomb. | | | | |
| 9-14-92 | 50 | Transcript of proceedings held on 6-30-92, cross examination of Robert Edwards by Mr. Wilmouth. | | | | |
| 9-14-92 | 51 | Transcript of proceedings held on 6-30-92, direct exam of Andre Welch. | | | | |
| 9-14-92 | 52 | Transcript of proceedings held on 6-30-92, direct exam of Robert Edwards. | | | | |
| 9-14-92 | 53 | Transcript of proceedings held on 7-1-92, direct exam of Crystal Parker. | | | | |
| 9-14-92 | 54 | Transcript of proceedings held on 7-2-92, direct exam of Sabrina Owens. | | | | |
| 9-14-92 | 55 | Transcript of proceedings held on 7-2-92, direct exam of Gary Petty. | | | | |
| 9/25/92 | 56 | Deft's objections to the pretrial report. | | | | |
| 9/28/92 | 57 | HEARING(TTE) Sent. Reset to 10/1/92 at 8:30 a.m. | | | | |
| 10/01/92 | 58 | HEARING(TTE) As to ct. 1 - 121 months impr. as to ct. 17 - 121 months concur to ct. 1 and as to ct. 18 - 5 years consecutive to cts. 1 and 17. SR of 5 years as to ct. 1 as to ct. 17 - 5 years SR. and as to ct. 18 - 3 yrs SR. to run concur. No fine or restitution. special asses: $150.00 Efffective Oct. 30, 1991 - Credit for time served. Recommend institution in Washington , DC. or Maryland ares. | | | | |
| 10/9/92 | 59 | Notice of Appeal from order dated 5/11/92; the trial order of 8/12/92 and his sentence of 10/1/92. (sln) | | | | |
| 10/9/92 | 60 | Jurisdictional Statement. (sln) | | | | |
| 10/9/92 | 61 | Certificate of service of Notice of Appeal and Jurisdictional Statement (sln) | | | | |
| 10/13/92 | | Short record mailed to the 7th Circuit. parties notified (sln) | | | | |
| *10/02/92 | 62 | Judgment in a criminal case (For offenses committed on or after Nov. 1,1987) (E.O.D. 10/14/92) | | | | |
| 10/19/92 | 63 | ORDER(TTE) for release of mortgage lien on property at 3141 Apple Rd. N.E. Washington, DC 20018 to Ms Linda Griffin w/ltr. from clerk 10/23/92 returning satisfaction of mort..certified mail | | | | |
| 10/20/92 | 64 | Conditions of probation and SR. | | | | |
| 11/05/92 | 65 | Index of transcript. | | | | |
| 11/05/92 | 66 | Transcript of jury selection held June 29, 1992. | | | | |
| 11/05/92 | 67 | Transcript of jury trial June 29, 1992. (Vol. 1) | | | | |
| 11/05/92 | 68 | Transcript of jury trial June 30, 1992. (Vol. 2) | | | | |
| 11/05/92 | 69 | Transcript of jury trial July 1, 1992. (Vol. 3) | | | | |
| 11/05/92 | 70 | Transcript of jury trial July 2, 1992. (Vol. 4) | | | | |
| 11/05/92 | 71 | Transcript of jury trial July 6, 1992. (Vol. 5) | | | | |
| | | Continued | | | | |

|  | Interval (per Section III) | Start Date / End Date | Ltr. Code | Total Days |

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET *U. S vs* | Johnson, Reginald a/k/a "Fats" | | TRANS *A/F C A/N/F DATE* 9100283 |

| AO 256A | | Yr. | Docket No. | Def. |

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 11/05/92 | 72 | Transcript of jury trial July 7, 1992 (Vol. 6) | | | | |
| 11/05/92 | 73 | Transcript of jury trial July 8, 1992 (Vol. 7) | | | | |
| 11/05/92 | 74 | Transcript of jury trial July 9, 1992 (Vol. 8) | | | | |
| 11/05/92 | 75 | Transcript of jury trial July 10, 1992 (Vol. 9) | | | | |
| 11/05/92 | 76 | Transcript of sentence held Oct. 1, 1992. | | | | |
| 11/24/92 | 77 | Motion for entry of order of forfeiture as to Reginald Johnson. | | | | |
| 11/25/92 | 78 | ORDER OF FOREITURE (TTE) The U.S. Marshal or his duly authorized representative is authorized to seize the above. one 1989 Ford Mustang 5.0 (WI license Plate No. FHU589), VIN: 1FABP45E3KF247602. The U.S. Marshal is ordered t return the 1983 BMW to Linda Griffin,3141 Apple RD, NW,Washington, DC 20018. | | | | |
| 11/30/92 | 79 | Notice of forfeiture. | | | | |
| 12/02/92 | 80 | ORDER(TTE) IT IS ORDERED that Deft. JOhnson's interest in a 1989 Ford Mustang 5.0 (VIN 1FABP45E3KF247602) is hereby forfeited ot the U.S. | | | | |
| 1/8/93 | 81 | Marshal's receipt and return. | | | | |
| 2/19/93 | 82 | Stipulation on release of forfeited property.ORDER(TTE) so ordered. 2/25/93 (see stipulation for details) | | | | |
| 3/16/93 | 83 | Stipulation as to modification of record to include in the record on appeal two additional documents necessary for the appeal. The Search Warrant Application for 2958 N.23rd St.,Milwaukee,WI The second the affidavit of Officer Gorecki in support of the application. | | | | |
| 3/18/93 | 94 | ORDER(TTE) The clerk for the Eastern Dist of Wisconsin shall include in the record on appeal two additional documents necessary for the appeal. THe first document is the Search Warrant Application for 2958 N. 23rd St.,Milwaukee,WI The second document is the affidavit of Task Force Officer Gorecki in support of the application for the search warrant for 2958 N. 23rd St.Milwaukee,WI. | | | | |
| 5/24/93 | 95 | Sent record on appeal to 7th Cir consisting of 1 vol of pleadings; 19 vol of transcripts; 1 Sealed Doc #11 and 1 PSR; parties notified (re Appeal #92-3518) (slr) | | | | |
| 6/3/93 | 96 | Deft's. Rule 33 motion for an evidentiary Hrg. and a New trial based on newly discovered evidence.w/attached memorandum and appendix. | | | | |
| 6/8/93 | 97 | ORDER(TTE) Deft's. Dwight Johnson,Reginald Johnson, Cleotha Johnson, Regina Ramsey & S.T. Cross have filed a motion for a new trial pursuant to Rule 33. Deft. request an evidentiary hrg. An evidentiary hrg. on the motion will be conducted. The attorneys should appear in court on June 21, 1993 at 5:00 p.m. to set a date for the hrg. | | | | |
| 6/14/93 | 98 | Govt's. ltr. indicating they will be filing a response to defts' motion by June 24, 1993. | | | | |
| 6/21/93 | 99 | HEARING(TTE) Appearance of defts is not necessary at hrg. Atty. Lipscomb will try to make Ms. Owens available. HEARING SET FOR JULY 9, 1993 at 8:30 a.m. Atty. Fitzgerald will review Kinney affidavit to see if Mr. Kinney is necessary as a witness. Attorney appointments will be made for hrg. | | | | |
| 6/24/93 | 100 | Govt's. response to deft's. second motion for a new trial w/attached affidavit of William J. Lipscomb and Attached affidavit of Rodney Cubote. | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

JOHNSON REGINALD

91-CR-283 01

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|---------------------|------|------|------|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 6/21/93 | 101 ORDER(TTE) appointing Brian Gleason as counsel for deft. for futher proceedings. | | | | |
| 7/22/93 | 102 Transcript of further proceedings June 21, 1993. | | | | |
| 8/4/93 | 103 Deft's. motion for approval of investigative services. W/attached affidavit of Atty.Wilmouth and all counsel in support. | | | | |
| 9/9/93 | 104 Application and ORDER(RLB) for Writ of HC for Sabrina Ownes appearance 8/13/93 at 8:30 a.m. ctr. 325.Executed: 8/13/93 returned 8/25/93 | | | | |
| 8/17/93 | 105 ORDER(TTE) IT IS HEREBY ORDERED that investigative services are necessary for adequate representation in the pending Rule 33 motion for new trial counselor the defts. are authorized to obtain services of Jon Thiel in the amount not to exceed $500.00 and Santo Galiti in an amount not to exceed $750.00. | | | | |
| 9/1/93 | 106 Transcript of hrg on defts' motion for a new trial held 8/13/93 Vol 1 of 2. | | | | |
| 9/2/93 | 107 Transcript of hrg held 8/17/93 Vol 2. | | | | |
| 9/24/93 | 108 Defendants' memorandum in support of Rule 33 motion for a new trial based on newly discovered evidence. | | | | |
| 10/13/93 | 109 Govt's. response to deft's Rule 33 motion for a new trial. | | | | |
| 10/22/93 | 110 ORDER(TTE) The U.S. Marshal's office shall pay M. Kathleen Osvat Korte the statutory allowance for attendance,travel and witness fees in the above matter. | | | | |
| 10/29/93 | 111 Deft's. Rule 33 motion reply brief. | | | | |
| | | Interval (per Section III) | Start Date End Date | Ltr. Code | Total Days |

CLOSED

# U.S. District Court
## Eastern District of Wisconsin (Milwaukee)
### CRIMINAL DOCKET FOR CASE #: 2:91-cr-00283-RTR-6
#### Internal Use Only

Case title: USA v. Johnson, et al                                    Date Filed: 01/03/1994
Other court case numbers: :00- -00000 ` `6
                          :00- -02568 USCA Cross 6/15/00
                          :95- -02854
                          :95- -03933
                          :96- -01391 ` `6
                          :96- -02898

Assigned to: Chief Judge Rudolph T Randa

**Defendant**

**Reginald Johnson (6)**              represented by   **Brian W Gleason**
*TERMINATED: 07/13/1994*                              Gleason Law Offices
                                                      230 W Wells St - Ste 702
                                                      Milwaukee, WI 53203
                                                      414-277-5076
                                                      *TERMINATED: 07/13/1994*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: CJA Appointment*

**Pending Counts**                          **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                       **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                              **Disposition**

None

**Plaintiff**

**USA**
*TERMINATED: 07/13/1994*

represented by **William J Lipscomb**
United States Department of Justice (ED-WI)
Office of the US Attorney
517 E Wisconsin Ave - Rm 530
Milwaukee, WI 53202
414-297-1725
Fax: 414-297-1738
Email: william.lipscomb@usdoj.gov
*TERMINATED: 07/13/1994*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/1992 | 171 | DOCKET STATEMENT of Regina Ramsey, et al. (wied, ) (Entered: 08/03/1995) |
| 08/03/1993 | 112 | LETTER SEALED (kaf. ) (Entered: 01/07/1994) |
| 08/04/1993 | 113 | ORDER by Chief Judge Terence T. Evans SEALED (kaf. ) (Entered: 01/07/1994) |
| 12/21/1993 | 102 | ORDER by Chief Judge Terence T. Evans DENYING Dwight Johnson, Reginald Johnson, Cleotha Johnson, Regina Ramsey and S.T. Cross' motion for post-trial relief (cc: all counsel) (wied, ) Modified on 02/08/1994 (Entered: 01/03/1994) |
| 01/03/1994 | | SHORT RECORD of Dwight Johnson Transmitted to USCA (cc: all counsel) (wied, ) Modified on 01/10/1994 |
| 01/04/1994 | | SHORT RECORD of ST Cross Transmitted to USCA (cc: all counsel) (wied. ) |
| 01/04/1994 | | SHORT RECORD of Regina Ramsey Transmitted to USCA (cc: all counsel) (wied, ) |
| 01/07/1994 | 114 | ORDER by Chief Judge Terence T. Evans granting motion to proceed in forma pauperis by defendant Regina Ramsey [111-1], by defendant S T Cross [108-1], and by defendant Dwight Johnson [105-1] (cc: all counsel) (wied, ) (Entered: 01/10/1994) |
| 01/10/1994 | | APPEAL number 94-1029 received from USCA regarding Johnson's 12/30/93 appeal [103-1] (wied, ) Modified on 01/10/1994 |
| 01/13/1994 | | APPEAL number 94-1045 received from USCA regarding Cross' 1/3/94 appeal [106-1] (wied. ) |
| 01/20/1994 | 115 | ORDER by Chief Judge Terence T. Evans : sentencing hearing set for 8:30 2/11/94 for Robert Wheeler (kaf. ) (Entered: 01/24/1994) |
| 01/20/1994 | 116 | HEARING MINUTES: (TTE) Conf. Call. in-court hearing set for 8:30 2/28/94 Re: Forfeiture AUSA Lipscomb to notify all claimants.Need approximately 2 hours for Robert Wheeler. for Dwight Johnson, for Kenneth Cross, for Regina Ramsey, for S T Cross (kaf. ) (Entered: 01/24/1994) |
| 01/24/1994 | 117 | LETTER from plaintiff USA of counsel and claimants indicating Hon. Terence T. Evans has set a hrg. to resolve claims to the various properties held by Kenneth Cross. S.J. Cross.Jr., and Regina Ramsey.for Feb. 28,1994 at 8:30 a.m. A copy of the Notice of Forfeiture.listing various properties at issue is attached. (kaf. ) (Entered: 01/27/1994) |

| 01/27/1994 | 118 | HEARING MINUTES:(TTE) Conf. Call Forfeiture hrg. rescheduled for 8:30 a.m. 3/14/94 for Robert Wheeler, for Dwight Johnson, for Kenneth Cross. for Reginald Johnson, for Cleotha Johnson, for Regina Ramsey, for S T Cross AUSA Lipscomb to send notice to all parties (kaf.) (Entered: 01/31/1994) |
|---|---|---|
| 01/28/1994 | 119 | MOTION to extend time in which to file an appeal by defendant Reginald Johnson (wied, ) (Entered: 01/31/1994) |
| 01/28/1994 | 120 | AFFIDAVIT/DECLARATION of Brian Gleason by defendant Reginald Johnson regarding [119-1] (wied, ) (Entered: 01/31/1994) |
| 01/28/1994 | 121 | APPEAL Notice to USCA by defendant Reginald Johnson regarding [102-1] (cc: all counsel) (wied, ) (Entered: 01/31/1994) |
| 01/28/1994 | 124 | ORDER by Chief Judge Terence T. Evans granting motion to extend time in which to file an appeal by defendant Reginald Johnson [119-1] (kaf, ) (Entered. 02/02/1994) |
| 01/31/1994 | | SHORT RECORD Transmitted to USCA re Reginald Johnson's appeal of 1/28/94 (cc: all counsel) (wied, ) |
| 01/31/1994 | 122 | LETTER from plaintiff USA informing counsel and claimants of reset of forfeiture hrg. to 3/14/94 at 8:30 a.m. (kaf.) (Entered: 02/01/1994) |
| 02/01/1994 | 123 | LETTER from plaintiff USA SEALED as to deft. Wheeler. (kaf, ) |
| 02/09/1994 | | APPEAL number 94-1241 received from USCA regarding Reginald Johnson's 1/28/94 appeal [121-1] (wied, ) |
| 02/18/1994 | | SHORT RECORD Transmitted to USCA re Cleotha Johnson's 2/9/94 appeal (cc: all counsel) (wied, ) |
| 02/23/1994 | 127 | ORDER by Chief Judge Terence T. Evans granting motion for extension of time limits for filing appeal by defendant Cleotha Johnson [125-1] (kaf. ) (Entered: 02/24/1994) |
| 03/07/1994 | | APPEAL number 94-1408 received from USCA regarding [125-1] (wied, ) |
| 03/11/1994 | 132 | LETTER from plaintiff USA indicating hrg. previously set for March 14,1994 at 8:30 a.m. has been change to April 11.1994 at 10:30 a.m. ctr. 325 (kaf. ) |
| 03/11/1994 | | Docket Modification (Utility) : in-court hearing set for 10:30 4/11/94 RE: FORFEITURE for Robert Wheeler. for Dwight Johnson. for Kenneth Cross. for Reginald Johnson. for Cleotha Johnson. for Regina Ramsey, for S T Cross (kaf. ) |
| 04/01/1994 | 133 | NOTICE by plaintiff USA OF FORFEITURE as to deft. Regina Ramsey as to real property at 3023 N. 18th St.Milwaukee. WI and 4462 N. 37th St.,Milwaukee. WI (kaf. ) (Entered: 04/04/1994) |
| 04/07/1994 | 134 | LETTER from plaintiff USA indicating to the court that the U.S. has entered into stipulations which resolve the forfeiture issues. Accordingly. the case may be removed safely from the court's calendar for the hrg. 4/11/94. (kaf, ) (Entered: 04/08/1994) |
| 04/15/1994 | | APPEAL Certificate of Record Transmitted to USCA regarding C. Johnson's appeal #94-1408 [125-1] consisting of 1 vol of pleadings and 1 PSR; parties notified (wied. ) Modified on 04/15/1994 |
| 04/15/1994 | | APPEAL Certificate of Record Transmitted to USCA regarding R. Johnson's Appeal #94-1241 [121-1] consisting of 1 vol of pleadings: 1 Loose Pleading (Doc. #96): 3 vol of transcripts (Doc. Nos. 102, 106, 107) and 1 PSR; parties notified (wied. ) |

| Date | No. | Entry |
|---|---|---|
| 04/15/1994 | | APPEAL Certificate of Record Transmitted to USCA regarding Ramsey's Appeal #94-1044 [109-1] consisting of 1 vol of pleadings and 1 PSR: parties notified (wied, ) |
| 04/15/1994 | | APPEAL Certificate of Record Transmitted to USCA regarding S.T. Cross' Appeal #94-1045 [106-1] consisting of 1 vol of pleadings and 1 PSR: parties notified (wied, ) |
| 04/15/1994 | | APPEAL Certificate of Record Transmitted to USCA regarding D. Johnson's Appeal #94-1029 [103-1] consisting of 1 vol of pleadings and 1 PSR: parties notified (wied, ) |
| 04/15/1994 | 135 | STIPULATION and order by Chief Judge Terence T. Evans THe real property is titled in the name of Helen Cross. That on Nov. 30,1992 the District Court ordered Kenneth Cross' interest in the real property forfeited to the United States. That the United states agrees to relinquish its claim to forfeiture of the real property at 3077-79 North 25th St.. Milwaukee. The United States Marshal shall release the property to Helen Cross and the United Sates shall file a release of the previously filed Lis Pendens withint fifteen (15) days of the execution of this Stipulation. That the claimant, Helen Cross. agreed to hold the United States. the United States Department of Justice. the United States drug Enforcement Administration. the United States Marshal service the Milwaukee Police Department and all agents, officers, and employees thereof, harmless for any and all claims arising from this agreement, from any and all claims arising from or pertaining to the seizure of the real prperty. from any and all claims pertaining to the real property while such property was in the custody of the United States and from any and all claims of third parties pertaining to the real property. (kaf, ) (Entered: 04/22/1994) |
| 06/30/1994 | 140 | TRANSCRIPT of sentencing Oct. 13,1992 as to deft. Gary Petty. (kaf, ) (Entered: 07/13/1994) |
| 07/13/1994 | | Docket Modification (Utility) terminating party USA. party Dwight Johnson. party S T Cross. party Regina Ramsey. party Kenneth Cross. party Reginald Johnson. party Cleotha Johnson (kaf, ) |
| 07/13/1994 | | Docket Modification (Utility) case terminated (kaf, ) |
| 08/05/1994 | | APPEAL Record returned by USCA, USCA Nos. 92-3374. 92-3518. 92-3646. 92-3718. 92-3908, 94-1029, 94-1044. 94-1045. 94-1241. 94-1408. consisting of 7 v. pldgs. 23 v. transcripts. and 9 in camera materials. APPEAL RECORD RETURN INCOMPLETE. (wied. ) |
| 08/11/1994 | 141 | LETTER from plaintiff USA re: Lis Pendens request that the court require counsel for S.T. Cross.Jr. to file a response within 30 days. (kaf. ) (Entered: 08/12/1994) |
| 08/24/1994 | 142 | ORDER by Chief Judge Terence T. Evans On Feb. 4.1993. I issued an order of forfeiture in this case. That order was vacated on April 5,1993. and the deft. was given 30 days to reply to the govt. request for forfeiture. The case was on appeal. and the forfeiture issue was not resolved. By letter dated August 11.1994. AUSA William Lipscomb requests that the deft. be required to file a response on the forfeiture issue. That is a reasonable request. and accordingly. IT IS ORDERED that the deft. file a response to the govt's. request for forfeiture by 9/23/94 for S T Cross (cc: all counsel) (kaf. ) (Entered: 08/25/1994) |
| 09/21/1994 | | APPEAL Record returned by USCA consisting of 5 in camera materials re 94-1029, 94-1044. 94-1045. 94-1241. and 94-1408. re defts. D. Johnson (PSR): R. Ramsey (PSR): S. Cross (PSR): K. Cross (8/3/93 Letterr from Mike Fitzgerald and 8/4/93 TTE's response to Fitzgerald and Wall): C. Johnson (PSR): APPEAL RECORD RETURN COMPLETE). (wied. ) |

| | | |
|---|---|---|
| 09/28/1994 | 144 | TRANSCRIPT of Change of plea 10/5/92 as to Billy Ray Griffin. (kaf, ) |
| 09/28/1994 | 145 | TRANSCRIPT of Sentence 11/30/92 as to deft. Billy Ray Griffin (kaf, ) |
| 06/06/1995 | 148 | LETTER to Judge Evans from USA requesting that the court schedule a hearing to determine the amount of reduction, if any to be awarded to deft Robert Wheeler. (cad. ) (Entered: 06/07/1995) |
| 06/07/1995 | 149 | LETTER to Judge Evans from USA in response to the memorandum on forfeitures submitted by S.T. Cross Jr. (cad. ) (Entered: 06/08/1995) |
| 06/07/1995 | 151 | HEARING MINUTES: Conference Call before Chief Judge Terence T. Evans : Resentencing hearing set for 11:30 7/26/95 for Robert Wheeler: Bill Lipscomb to prepare writ. pretrial motions satisfied on 6/7/95 (cad. ) (Entered: 06/13/1995) |
| 06/09/1995 | 150 | ORDER by Chief Judge Terence T. Evans that the following properties are ordered forfeited to the U.S. (see order for listing or properties).(cc: all counsel) (cad, ) (Entered: 06/13/1995) |
| 06/28/1995 | 153 | ORDER (TTE) Deft. has filed a petition seeking to w/draw a stipulation made at sentencing regarding the quantity of cocaine involved, and the conditions under which it was made. The govt. has 45 days in which to file a response to this motion. (cc: all counsel) (kmf, ) (Entered: 06/30/1995) |
| 07/10/1995 | 155 | STIPULATION and order by Chief Judge Terence T. Evans on release of forfeited property. November 30, 1992 the District Court ordered Kenneth Cross' interest in the vehicles forfeited to the U.S. That Norwest Bank has a first lienholder interest in both vehicles. That Norwest Bank and the U.S. hereby stipulate and agree that the U.S. will release both vehicles to Norwest Bank upon approval of the court. (kaf. ) (Entered: 07/11/1995) |
| 07/11/1995 | 156 | ORDER by Chief Judge Terence T. Evans denying motion relief re: criminal forfeiture as to property at: 3023 N. 18th St.,Milwaukee, WI & 4462 N. 37th St.,Milwaukee, WI [154-1] (cc: all counsel) (kaf. ) (Entered: 07/13/1995) |
| 07/25/1995 | 157 | NOTICE of forfeiture by plaintiff USA as to order 6/9/91 of Chief Judge Terence T. Evans. (kaf. ) |
| 07/25/1995 | 160 | AMENDED NOTICE of Forfeiture by plaintiff USA as to order of June 9, 1995 Chief Judge Terence T. Evans. (kaf. ) (Entered: 07/27/1995) |
| 07/26/1995 | 158 | HEARING MINUTES: (TTE) Resentence of Deft. Robert Wheeler before Chief Judge Terence T. Evans granting motion to reduce sentence pursuant to Rule 35 [147-1] govt. motion for downward departure granted. Deft. Wheeler RESENTENCED to 48 months impr. Sentence deemed to have commenced on 12/12/91. SR: of 3 years. Deft. to abide by all rules and regulations of SR. SA: $50.00 previously paid (satisfied). Fine is waived. (kaf. ) (Entered: 07/27/1995) |
| 07/26/1995 | | Docket Modification (Utility) resentencing hearing held on 7/26/95 as to deft. Robert Wheeler. (kaf, ) (Entered: 08/08/1995) |
| 07/28/1995 | 162 | AFFIDAVIT/DECLARATION of Willliam J. Lipscomb by plaintiff USA regarding deft. Dwight Johnson's 2255 motion. [152-1] (kaf. ) (Entered: 07/31/1995) |
| 08/03/1995 | | SHORT RECORD Transmitted to USCA re: [164-1] (cc: all counsel) (wied, ) |
| 08/11/1995 | 172 | ORDER by Chief Judge Terence T. Evans granting request to proceed on appeal in forma pauperis. [165-1], granting request to extend time for filing of notice of appeal (extended to 30 days pursuant to Rule 4(b) [163-1] (kaf, ) (Entered: 08/14/1995) |

| 08/22/1995 | 173 | ORDER by Chief Judge Terence T. Evans denying petition motion PETITION Pursuant to 2255 [152-1] as to deft. Dwight Johnson. (kaf. ) (Entered: 08/23/1995) |
|---|---|---|
| 08/23/1995 | | Docket Modification (Utility) case assigned to Judge Rudolph T. Randa (bdf. ) (Entered: 08/28/1995) |
| 08/23/1995 | 174 | PETITION of Associates Financial Services Company of Wisconsin, Inc. for adjudication of interest and claim to property. (bdf. ) (Entered: 08/28/1995) |
| 09/05/1995 | 177 | ORDER (RTR) Respondent shall file an answer to deft. KENNETH CROSS' 2255 motion within 20 days of the date of this order. (cc: all counsel) (kmf. ) Modified on 09/13/1995 (Entered: 09/08/1995) |
| 09/15/1995 | 179 | Marshal's RETURN OF SERVICE executed on 9/14/95 as to S.T. Cross , Jr. (kmf. ) |
| 09/26/1995 | 181 | LETTER f/AUSA Lipscomb requesitng additional time to reply to deft. Kenneth Cross' 2255 motion. (kmf. ) (Entered: 09/27/1995) |
| 09/26/1995 | | MARGINAL ORDER (RTR) deft. request for extension of time to reply to deft. Kenneth Cross' 2255 motion. Response is due 9/29/95. (cc: all counsel) (kmf. ) (Entered: 09/27/1995) |
| 09/30/1995 | 185 | ORDER by Judge Rudolph T. Randa denying motion PETITION Pursuant to 2255 as to deft. Kenneth Cross and the case dismissed. [176-1] (cc: all counsel) (kaf. ) (Entered: 10/16/1995) |
| 10/10/1995 | 184 | PETITION by USPO Mahoney w/ORDER (RTR) that deft. Robert Wheeler's conditions of supervised release be modified to include he participate in a prog. of testing and residential or outpatient treatment f/drug and alcohol abuse as directed by the PO until such time as he is released from the Prog. by PO. (kmf. ) (Entered: 10/12/1995) |
| 11/28/1995 | 186 | ORDER (RTR) GRANTING deft. Kenneth CROSS' Motion to Amend Section 2255 Petition [183-1]. Respondent shall file an answer to amended petition w/in 20 days from the date of this order. (cc: all counsel) (kmf. ) (Entered: 11/29/1995) |
| 12/04/1995 | 187 | Criminal Appeal Record Request received from USCA as to defendant Regina Ramsey's appeal dated 8/3/95 (USCA no. 94-2854) (klp. ) Modified on 12/06/1995 |
| 12/06/1995 | | RECORD on Appeal consisting of 2 volumes pleadings. 20 transcripts. 1 in camera document (PSR) sent to USCA re: as to defendant Regina Ramsey's appeal filed 8/3/95 [164-1] (cc: all counsel) (klp. ) |
| 12/08/1995 | | SHORT RECORD Transmitted to USCA re: defendant Kenneth Cross' appeal [188-1] (cc: all counsel) (klp. ) |
| 12/18/1995 | 190 | Government's REQUEST for additional time to file a response to deft. Kenneth CROSS' 2255 petition. (kmf. ) (Entered: 12/19/1995) |
| 12/20/1995 | | MARGINAL ORDER (RTR) Govt. request for additional time to respond to deft. CROSS' 2255 motion is GRANTED. Govt. shall have until 1/19/95 to file a response. (cc: all counsel) (kmf. ) |
| 01/19/1996 | 194 | AFFIDAVIT/DECLARATION of Michael J. Steinle regarding [193-1] Deft. Kenneth Cross'amended 2255 motions. (kaf. ) (Entered: 01/22/1996) |
| 01/31/1996 | 197 | ORDER by Judge Rudolph T. Randa denying motion PETITION Pursuant to 2255 [176-1] as to deft. Kenneth Cross. (kaf. ) (Entered: 02/02/1996) |

| 01/31/1996 | 198 | ORDER by Judge Rudolph T. Randa denying motion review and resentencing pursuant to 18:3582(c)(2) w/attached memorandum in support [195-1] (cc: all counsel) (kaf, ) (Entered: 02/06/1996) |
| 02/14/1996 | | SHORT RECORD Transmitted to USCA re: defendant Kenneth Cross Notice of Appeal [199-1]. (cc: all counsel) (wied, ) |
| 02/20/1996 | 201 | PETITION by USPO Mahoney w/ORDER (RTR) that a warrant for the arrest of deft. Robert WHEELER be issued for the deft. appearance to show cause why his SR should not be revoked. (kmf, ) (Entered: 03/01/1996) |
| 02/23/1996 | 200 | ORDER by Judge Rudolph T. Randa as to deft. REGINA RAMSEY Respondent shall file and answer within twenty (20 days of this order. RE: 2255. (cc: all counsel) (kaf, ) (Entered: 02/26/1996) |
| 03/07/1996 | 203 | ORIGINAL Document certified copies from the District of Kansas as to deft. Robert Wheeler minute sheet removal affidavit. order of removal, Rule 40 removal hearing,. Waiver of Rule 40 hrg. & attested copy of docket entries. (kaf, ) (Entered: 03/11/1996) |
| 03/08/1996 | 204 | HEARING MINUTES: (AEG) Int. appearance of deft. Robert Wheeler before Mag Judge Aaron E. Goodstein. Court gives background of case. Petition issued by Judge Randa. Case was originally assigned to Judge Evans now reassigned to Judge Randa. Govt. is seeking detention of deft. Atty. Kohler has been appointed for case. Defense concerned about safety of deft. at Waukesha Cnty. Jail. Seeks to have deft. detained at Ozaukee. Govt. to look into detention. Court will leave matter up to Marshal's service. Court sets detention hearing for 11:00 a.m. 3/13/96 for Robert Wheeler (kaf, ) (Entered: 03/11/1996) |
| 03/08/1996 | 205 | ORDER of temporary detention pending hearing pursuant to Bail Reform Act by Mag Judge Aaron E. Goodstein (kaf, ) (Entered: 03/11/1996) |
| 03/21/1996 | 210 | NOTICE of hearing probation revocation hearing set for 9:30 a.m. 4/18/96 w/Judge Randa for Robert Wheeler Wheeler (kaf, ) (Entered: 03/25/1996) |
| 03/22/1996 | 209 | NOTICE of hearing : sentencing hearing reset for 10:00 a.m., 5/8/96 for Regina Ramsey . (rjt, ) |
| 03/28/1996 | 211 | NOTICE of hearing (Ltr. from counsel confirming reset) : probation revocation hearing set for 10:00 a.m. 4/26/96 for Robert Wheeler w/Judge Randa. (kaf, ) |
| 04/01/1996 | 212 | ORDER IFP on Appeal Granted by Judge Rudolph T. Randa: (re appeal Re: [199-1] ) granting leave to appeal informa pauperis (cc: 7th Circuit) (wied, ) (Entered: 04/04/1996) |
| 04/25/1996 | 214 | NOTICE of hearing : probation revocation hearing reset for 11:00 5/17/96 for Robert Wheeler (kaf, ) (Entered: 04/26/1996) |
| 04/29/1996 | 215 | ORDER by Judge Rudolph T. Randa as to deft. KENNETH CROSS's motion pursuant to 2255 respondent shall file an answer within 20 days of the date of this order. (kaf, ) (Entered: 05/01/1996) |
| 05/08/1996 | 217 | HEARING MINUTES: before Judge Rudolph T. Randa granting motion PETITION Pursuant to 2255 RE: BAILEY [206-1] SENT: 70 months imprisonment as to count one and 70 months imprisonment as to count 19. Terms to run concurrently f/total term of 70 months imprisonment. SUPERVISED RELEASE: 5 yrs as to count one and 19. terms to run concurrently f/total term of 5 yrs Count 20 dismissed by court pursuant to U.S. v. Bailey. SPECIAL ASSESSMENT: $100.00 (already paid) (bdf, ) (Entered: 05/10/1996) |

| | | |
|---|---|---|
| 05/17/1996 | 221 | HEARING MINUTES: before Judge Rudolph T. Randa granting petition [201-1] Upon Michael Mahoney. the supervised release of deft Robert Wheeler is hereby revoked. SENT: 14 months imprisonment. in addition. 110 days of unsatisfied term of community treatment center is converted to incarceration. pursuant to U.S.S.G. s 7B1.3(d), and is to be served consecutively with the 14 months for a total sentence of imprisonment of 14 months + 110 days. Credit shall be given for time served. (bdf. ) (Entered: 05/28/1996) |
| 05/31/1996 | 224 | ORDER by Judge Rudolph T. Randa denying motion of KENNETH CROSS f/PETITION Pursuant to 2255 [213-1] and request f/copy of Shelton (cc: all counsel) (rjt, ) Modified on 06/04/1996 (Entered: 06/04/1996) |
| 06/11/1996 | | Docket Modification (Utility) finding the motion to amend 2255 petition [225-1] moot. (kmm, ) |
| 06/18/1996 | 229 | ORDER by Judge Rudolph T. Randa denying motion for reconsideration of order dated May 31, 1996 (RTR) re: 2255 motion [228-1] (cc: all counsel) (kaf. ) (Entered: 06/19/1996) |
| 07/08/1996 | 232 | MANDATE/CERTIFIED COPY from USCA USCA Number: 94-1044: 11/24/92 NOTICE OF APPEAL by Defendant Regina Ramsey; dismissing the appeal [170-1]. On 06/24/94: MANDATE received and this Appeal was not REMOVED. Information received from USCA MONTHLY PENDING REPORT. (wied. ) |
| 07/30/1996 | | MARGINAL ORDER by Judge Rudolph T. Randa denying request [234-1] to Proceed In Forma Pauperis on Appeal. (cc: all counsel) (cc: USCA-Chicago) (wied. ) Modified on 07/30/1996 |
| 09/06/1996 | 235 | SATISFACTION OF JUDGMENT as to Reginald Johnson (kaf. ) (Entered: 09/09/1996) |
| 10/29/1996 | | Docket Modification (Utility) finding the motion for Return of Property pursuant to Rule 41(e) [180-1] moot.. finding the motion for Return of Property Pursuant to Rule 41(e) [178-1] moot.. finding the motion for relief from final judgment [175-1] moot. (bdr, ) |
| 11/08/1996 | 236 | STIPULATION and order by Chief Judge Terence T. Evans As to forfeiture issues re: Kenneth Cross.SEE STIP & ORDER FOR FULL DETAILS (Stipulation City of Milwaukee, Associates Financial and the U.S. have reached a stipulation. Essentially, the agreement allows the City and Associates to foreclose on the properties and allows the Marshals Service to get out of the business of maintaining these inner city properties. (kaf. ) (Entered: 11/13/1996) |
| 12/03/1996 | 241 | ORDER by Chief Judge Terence T. Evans granting motion for order allowing U.S. Marshal to transfer rent recipts to the asset forfeiture fund [240-1] (cc: all counsel) (kaf. ) |
| 12/03/1996 | | Docket Modification (Utility) denying motion (5/31/96 order) copy of unpublished case cited April 29.1996 as to deft Kenneth Cross. [219-1] (kaf. ) |
| 12/03/1996 | 243 | ORDER by Judge Rudolph T. Randa denying motion relief pursuant to Rule 60(b) as to Kenneth Cross. [238-1] (cc: all counsel) (kaf. ) (Entered: 12/09/1996) |
| 12/30/1996 | 247 | ORDER by Judge Rudolph T. Randa denying motion to modify sentence deft. seeks home detention as to deft. Wheeler. [244-1] (cc: all counsel) (kaf. ) (Entered: 12/31/1996) |
| 12/30/1996 | 248 | ORDER by Judge Rudolph T. Randa denying Kenneth Cross's request to proceed on appeal in forma pauperis [246-1] (cc: all counsel) (vlh, ) Modified on 01/07/1997 (Entered: 12/31/1996) |

| 02/24/1997 | 250 | PETITION Pursuant to 2255 by Reginald Johnson filed as Civil Case # 97-c-176 (kaf, ) |
| 03/06/1997 | 251 | ORDER as to deft. Reginald Johnson's motion under 28:2255 the govt. shall file and serve a response within 20 days of the date of this Order by Judge Rudolph T. Randa (cc: all counsel) (kaf, ) (Entered: 03/07/1997) |
| 04/03/1997 | | Docket Modification (Utility) sentencing hearing held on 4/3/97 . probation revocation hearing held on 4/3/97 (kaf. ) (Entered: 04/04/1997) |
| 04/16/1997 | 253 | MOTION to extend time to file response to 2255 mt. of deft. Reginald Johnson by USA as to Reginald Johnson (kaf. ) (Entered: 04/22/1997) |
| 04/21/1997 | | MARGINAL ORDER by Judge Rudolph T. Randa granting motion to extend time to file response to 2255 mt. of deft. Reginald Johnson [253-1] (cc: all counsel) (kaf, ) (Entered: 04/22/1997) |
| 04/21/1997 | 255 | ORDER by Judge Rudolph T. Randa enying motion PETITION Pursuant to 2255 as to deft. Dwight Johnson [254-1] (cc: all counsel) (kaf. ) (Entered: 04/22/1997) |
| 04/29/1997 | 256 | RESPONSE by plaintiff USA to motion PETITION Pursuant to 2255 as to deft. Reginald Johnson. [250-1] (kaf, ) |
| 05/07/1997 | 257 | RESPONSE by defendant Reginald Johnson regarding govt. response to deft's. 2255 motion and response to extension of time filed by govt. [256-1] (kaf, ) (Entered: 05/09/1997) |
| 05/14/1997 | 258 | REPLY by defendant Reginald Johnson regarding in response to deft. Reginald Johnson's 2255 motion. [256-1] (kaf. ) |
| 11/26/1997 | 262 | DECISION AND ORDER by Judge Rudolph T. Randa denying Reginald Johnson's PETITION pursuant to 2255 [250-1] (cc: all counsel) (vlh. ) |
| 12/12/1997 | 263 | APPEAL Order from USCA re: 97-1142: On 11/3/97 the court dismissed the appeal pursuant to Circuit Rule 3 (b) for failure to pay the docketing fee. However, appellant had in fact paid the docketing fee on 1/6/97. Accordingly the court's order of 11/3/97 is VACATED as erroneously issued. The mandate in this appeal is RECALLED and this appeal is REINSTATED. (wied. ) (Entered: 12/15/1997) |
| 05/14/1998 | 266 | DECISION AND ORDER: (RTR) DENYING deft. Cross' Motion to correct presentence investigation report w/attached exhibits in support [265-1]. (cc: all counsel) (kmf, ) (Entered: 05/15/1998) |
| 11/03/1998 | 267 | ORDER (CNC) transferring jurisdiction f/this district to the N.D> of Mississippi. (cc: all counsel) (kmf, ) (Entered: 11/04/1998) |
| 01/29/1999 | 269 | ORDER by Judge Rudolph T. Randa re: motion for reduction of sentence and for resentencing w/attached brief in support as to Kenneth Cross [268-1]. Govt shall respond within 21 days of date of Order (cc: all counsel) (bet. ) (Entered: 02/02/1999) |
| 04/12/1999 | 276 | LETTER from plaintiff USA in response to Deft's ltr. of 4/10/99. (kaf. ) |
| 06/09/1999 | 278 | ORDER by Judge Rudolph T. Randa denying motion for reduction of sentence and for resentencing and his corresponding request for a writ of coram nobis w/attached brief in support as to Kenneth Cross [268-1] (cc: all counsel) (kaf, ) (Entered: 06/10/1999) |
| 05/26/2000 | 284 | ORDER by Judge Rudolph T. Randa denying motion for leave to amend deft's motion for reconsideration of Decision and Order as to deft. Kenneth *Cross [280-1]*. |

| | | denying motion for reconsideration of decision and order of 6/9/99 as to Kenneth Cross [279-1] (cc: all counsel) (kaf, ) (Entered: 06/02/2000) |
|---|---|---|
| 06/21/2000 | 288 | ORDER by Judge Rudolph T. Randa dismissing the motion to extend time for filing appeal [286-1] (cc: all counsel) (wied, ) |
| 06/28/2000 | 289 | ORDER by Judge Rudolph T. Randa that this court's order dated 6/21/00 is vacated and Cross' motion to extend the time for filing a Notice of Appeal from the court's Order of 5/26/00 is granted and the Notice of Appeal filed 6/15/00 shall be deemed timely (cc: all counsel) (wied, ) (Entered: 06/29/2000) |
| 07/17/2000 | 290 | APPEAL Order from USCA that both the appellant and appellee shall file by 7/27/00 a brief memorandum stating why this appeal should not be summarily affirmed (wied, ) |
| 09/20/2000 | 292 | LETTER RESPONSE (9/20/00) to request from Erica Carver [291] as to deft S T Cross Jr (bet, ) (Entered: 09/21/2000) |
| 08/05/2005 | 301 | ORDER transferring jurisdiction of probation as to Reginald Johnson Signed by Judge Rudolph T Randa on 4/22/05 and signed by Judge Thomas Hogan District of Columbia 5/3/105 accepting jurisdiction as to deft.Johnson. (cc: all counsel) (kaf, ) (Entered: 08/18/2005) |

RECEIVED

AUG 2 2 2005


NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

Eastern **District of** Wisconsin

UNITED STATES OF AMERICA

V.

REGINALD JOHNSON

**JUDGMENT IN A CRIMINAL CASE**
**(For Offenses Committed On or After November 1, 1987)**

Case Number: 91-CR-283

(Name of Defendant)

Brian Gleason

Defendant's Attorney

THE DEFENDANT:

☐ pleaded guilty to count(s) _____.
☒ was found guilty on count(s) ____ 1, 17 & 18 _____ after a
plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| See attachment | | | |

U.S. District Court
Eastern Div. of Wis.
I hereby certify that this is a
true and correct copy of the original now
remaining of record in my office.

SOFRON B. NEDILSKY, Clerk

DATED
8/19/05  By_____ Deputy

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is
imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____,
and is discharged as to such count(s).
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.
☒ It is ordered that the defendant shall pay a special assessment of $ 150.00 _____, for count(s)
_____ 1, 17 & 18 _____, which shall be due ☒ immediately ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within
30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special
assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Mailing Address:

_____

_____

Defendant's Residence Address:

_____

_____

10/1/92

Date of Imposition of Sentence

Signature of Judicial Officer

Terence T. Evans, Chief Judge

Name & Title of Judicial Officer

10/9/92

Date

RECEIVED

AUG 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Reginald Johnson
91-CR-283

*Offense:* *Count One:*

*21 U.S.C. 846 and 18 U.S.C. 2, Conspiracy to Possess With Intent to Distribute in Excess of Five Kilograms of Cocaine, a Class A felony.*

*Count Seventeen:*

*21 U.S.C. 841(a)(1) and 18 U.S.C. 2, Possession With Intent to Distribute Cocaine, a Class C felony.*

*Count Eighteen:*

*18 U.S.C. 924(c) and 2, Using a Firearm in Relation to a Drug Trafficking Crime, a Class D felony.*

AO 245 S (Rev. 4/90) Sheet 2 - Imprisonment

Defendant:    Reginald Johnson                        Judgment—Page __2__ of __4__
Case Number: 91-CR-283

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for
a term of __121 months as to each of counts 1 and 17, to be served concurrently.  As to__.
count 18, 5 years to be served consecutively to counts 1 and 17.

The defendant is to receive credit for time in custody effective 10/30/91.

☒ The court makes the following recommendations to the Bureau of Prisons:

An institution in Washington, D.C.--Maryland area.

☒ The defendant is remanded to the custody of the United States marshal.
☐ The defendant shall surrender to the United States marshal for this district,
      ☐ at _____ a.m. / p.m. on _____.
      ☐ as notified by the United States marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
      ☐ before 2 p.m. on _____.
      ☐ as notified by the United States marshal.
      ☐ as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at

_____ , with a certified copy of this judgment.


_____
United States Marshal

By _____
Deputy Marshal

Defendant:       Reginald Johnson                                    Judgment—Page __3__ of __4__
Case Number:    91-CR-283

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____

____5 years as to each of counts 1 and 17; 3 years as to count 18, all to be served____.
concurrently.

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☐ The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

☐ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

☒ The defendant shall not possess a firearm or destructive device.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant:   ~~REGINALD JOHNSON~~   Reginald Johnson      Judgment—Page __4___ of  4__
Case Number:                    91–CR–283

## STATEMENT OF REASONS

☐ The court adopts the factual findings and guideline application in the presentence report.

OR

XX The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

>     see transcript

**Guideline Range Determined by the Court:**

Total Offense Level: ____32_____ _____

Criminal History Category: ____I____ ____ _____

Imprisonment Range: __121__ to __151__ months

Supervised Release Range: _____ to _____ years

Fine Range: $ _____ to $ _____

    ☒ Fine is waived or is below the guideline range, because of the defendant's inability to pay.

Restitution: $ ___none_____

    ☒ Full restitution is not ordered for the following reason(s):

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

OR

☐ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

OR

The sentence departs from the guideline range

    ☐ upon motion of the government, as a result of defendant's substantial assistance.

    ☐ for the following reason(s):

RECEIVED

AUG 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT